RECEIVED BY MAIL
DEC - 1 2004
CLERK US DIST COURT MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MARIO R. SMITH,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case No.: 02-CR-128(1) (DSD/SRN)

**MOTION FOR AN ORDER DIRECTING DEFENDANT'S FORMER ATTORNEY TO TURNOVER DEFENDANT'S DISCOVERY MATERIALS FILED IN THIS CASE**

**TO THE HONORABLE JUDGE:**

**NOW BEFORE THE COURT**, the Defendant, Mario Ronrico Smith, pro se, and respectfully requests this Honorable Court for an directing Defendant's former attorney (Craig E. Casarano) to turnover the discovery materials filed in this case, and states as follows for the Honorable Court's consideration:

1. Specifically, that Defendant requests that the Court grant all liberal consideration with respect to this action pursuant to Haines v. Kerner, 404 U.S. 519 (1972); Maleng v. Cook, 490 U.S. 488 (1989):

> "Pro se complaints, however, inartfully pled, must be held to less stringent standards than formal pleadings drafted by lawyers...."

2. Specifically, that the discovery materials are very relevant to Defendant's case, and to the issues that he will be presenting to this Court in support of his 28 U.S.C. §2255 motion.



SCANNED
DEC 0 1 2004
U.S. DISTRICT COURT MPLS

3. That in the past, Defendant has made several unsuccessful attempts at contacting former attorney to have counsel to forward to him these particular documents, and counsel has failed to make any effort to contact Defendant in regards to the request made.

4. Specifically, that there are no outstanding debts owed to counsel, by the Defendant, that would cause counsel to withhold the documents as reason.

5. That Defendant believes that the interest of justice would best be served if this Court were to enter an order directing his former attorney to expeditously turnover Defendant's discovery materials to him.

6. Under Supreme Court precedent, Defendant is entitle to one free copy of the records had in the proceedings. See,e.g., Lane v. Brown, 372 U.S. 477, 9 L.Ed.2d 892, 83 S.Ct. 768; Draper v. Washington, 372 U.S. 487, 9 L.ed.2d 899, 83 S.Ct. 744; Griffin v. Illinois, 351 U.S. 12, 100 L.Ed. 891, 76 S.Ct. 585 ALR.2d 1055.

7. Defendant asserts that the copies of these documents would assist him in pointing precisely where in the record his allegations can be found, which would assist the Court in its decision as to whether Defendant's claims have basis for support and, thus, causing a speedy, expeditious review of his motion under §2255, which in return will promote the exhaustion of less judicial resources.

**CONCLUSION**

**WHEREFORE,** premised upon this Court consideration, Defendant respectfully requests this Honorable Court for an order directing

his former attorney to trunover all the discovery material filed by the government in his case.

Respectfully submitted,

Mario Ronrico Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion for an order directing Defendant's former attorney to turnover the discovery materials in the case has been sent by first class postage affixed to the following parties listed below:

Jeffery S. Paulsen
Assistant U.S. Attorney
600 United States Courthouse
300 Fourth Street South
Minneapolis, MN 55415

Craig E. Cascarano
Attorney-At-Law
2890 Lincoln Center
333 South Seventh Street
Minneapolis, MN 55402

Clerk fo the Court
United States District Court
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Mario Ronrico Smith
Reg. No.: 10377-041
Federal Correctional
Institution, P.O. Box 1731,
Unit D
Waseca, MN 56093