**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mario R. Smith,** **02-CR-128(1)(DSD/SRN)**

**Petitioner,**

**v.** **<u>ORDER</u>**

**United States of America**

**Respondent**.

---

Mario R. Smith, Pro Se, on behalf of Petitioner

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Petitioner's Motion for an Order Directing Defendant's Former Attorney to Turn Over Defendant's Discovery Materials Filed in this Case (Doc. No. 66).

Petitioner, an inmate at the Federal Correctional Institution (FCI) in Waseca, Minnesota, requests that all discovery materials filed in his criminal case be turned over to him by his former attorney, Mr. Craig Cascarano. Specifically, Petitioner argues that the discovery materials are relevant to the issues that he will be presenting in support of a pending motion pursuant to 28 U.S.C. § 2255.

Petitioner was charged with possession with intent to distribute crack cocaine and was sentenced to 135 months on January 17, 2003. Petitioner filed this motion on December 1, 2004.

Pursuant to 28 U.S.C. § 2255, a prisoner in custody challenging his sentence on the grounds that was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate or otherwise set aside the sentence. The right to challenge a sentence, however, is subject to a one-year period of limitation. 28 U.S.C. § 2255. Petitioner, who was sentenced in January 2003, had one year, expiring in January 2004, in which to challenge his sentence pursuant to 28 U.S.C. § 2255. Thus, the stated purpose for which Petitioner seeks the discovery materials, to file a motion under § 2255, has become moot, particularly since he waited an additional eleven months in which to bring the instant motion.

Moreover, it has come to the Court's attention that Petitioner's former attorney, Mr. Cascarano, provided Petitioner with the requested documents and Petitioner failed to so notify this Court by withdrawing this motion.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Petitioner's Motion for an Order Directing Defendant's Former Attorney to Turn Over Defendant's Discovery Materials Filed in this Case (Doc. No. 66) is **DENIED AS MOOT.**

Dated: February 1, 2005

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge