RECEIVED
BY MAIL
NOV 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: District of Minnesota | |
|---|---|---|
| Name of Movant: Mario Ronrico Smith | Prisoner No.: 10377-041 | Case No.: CR 02-128(1)(DSD/SRN) |
| Place of Confinement: Federal Correctional Institution (FCI Waseca, MN) | | CV 05-2734 DSD |

UNITED STATES OF AMERICA V. Mario Ronrico Smith
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court, District of Minnesota.

2. Date of judgment of conviction January 17, 2003

3. Length of sentence 135 Months

4. Nature of offense involved (all counts) Possession with intent to distribute approximately 77 grams of cocaine base, violation of Title 21 U.S.C. §841(a)(1) & (b)(1)(A)

5. What was your plea? (Check one)
   (a) Not guilty
   (b) Guilty [X]
   (c) Nolo contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury
   (b) Judge only [X]

7. Did you testify at the trial?
   [No]

8. Did you appeal from the judgment of conviction?
   [No]

SCANNED
NOV 29 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court N/A

(b) Result

(c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
[No]

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court N/A

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?

(5) Result

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?

(5) Result ____________________

(6) Date of result ____________________

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.

(2) Second petition, etc.

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Whether the United States Magistrate Judge,Susan Richard Nelson, erred in her determination that Petitioner's Motion for Production

Supporting FACTS (state *briefly* without citing cases or law) of Records, be construded as an initial §2255 motion pursuant to 28 U.S.C. §2255 as set forth in the Anti-Terrorism Effective Death Penalty Act ("AEDPA), without proper notification as outlined by the Supreme Court's decision in Castro v. United States, No. 02-6683, argued 10.15.2003?

B. Ground two: Whether the Petitioner was denied his rights to effective assistance of counsel in violation of his Sixth Amendment right at the

Supporting FACTS (state *briefly* without citing cases or law): Sentencing? Please refer to the Petitioner's Memorandum of Law attached hereto and incorporate by reference herewith for a detailed explanation of Ground Two.

C. Ground three: Whether the Petitioner's rights under due process of the law were violated at the time of sentencing in violation of his Fifth

Supporting FACTS (state *briefly* without citing cases or law): Amendment right to the Constitution? Please refer to the Petitioner's Memorandum of Law in support attached hereto and incorporate by reference herewith for detailed explanation of Ground Three.

AO 243 (Rev. 5/85)

D. Ground four: Whether the Petitioner is entitled to an Evidentiary hearing on the issues presented in this §2255 Motion?

Supporting FACTS (state *briefly* without citing cases or law): Please refer to the Petitioner's Memorandum of Law in support attached hereto and incorporate by reference herewith for a detailed explanation of Ground Four.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: this is the first opportunity that the Petitioner has had to agument the record to present there claims.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

[No]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Craig E. Cascarano, ESQ., 2890 Lincoln Centre, 333 South Seventh Street, Minneapolis, MN, 55402.

(b) At arraignment and plea Same.

(c) At trial Same.

(d) At sentencing Same.

AO 243 (Rev. 5/85)

(e) On appeal N/A

(f) In any post-conviction proceeding Pro se.

(g) On appeal from any adverse ruling in a post-conviction proceeding Pro se.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
[No]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
[No]

(a) If so, give name and location of court which imposed sentence to be served in the future:
N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
[No]

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11-28-05
(date)

Mario R. Smith
Signature of Movant

Mario Ronrico Smith #10377-041, Unit D
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093