UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-2734(DSD)
Criminal No. 02-128(1)(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Mario Ronrico Smith,

Defendant.

Mario Ronrico Smith has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. **IT IS HEREBY ORDERED** that plaintiff shall respond to said motion by January 18, 2006.

Dated: November 30, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court