**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CR. NO. 02-128(1) (DSD/SRN)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF APPEARANCE**

MARIO RONRICO SMITH,

Defendant.

The undersigned attorney hereby notifies the Court and counsel that Robert M. Christensen shall appear as retained counsel of record on behalf of Defendant Mario Ronrico Smith.

Dated: March 4, 2008

/s/ Robert M. Christensen
Robert M. Christensen, #21873X
Robert M. Christensen, P.L.C.
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-333-1775
Fax: 612-341-0116