**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CR. NO. 02-128(1) (DSD/SRN)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIO RONRICO SMITH,

Defendant.

**MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Defendant Mario Ronrico Smith, by and through his attorney, moves the Court, pursuant to 18 U.S.C. § 3582(c)(2), for a modification of his sentence to take into account the U.S. Sentencing Commission's recent retroactive changes in sentencing for crack offenses. Mr. Smith is currently serving a sentence of 135 months for a one-count crack conviction, and he respectfully requests that this Court reduce his sentence to 120 months, the mandatory minimum sentence for his offense. In support of his Motion, Mr. Smith states as follows:

**ARGUMENT**

On August 19, 2002, Mr. Smith pleaded guilty to one count of possession with intent to distribute approximately 77 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). A total of 137.3 grams was admitted as relevant conduct. On January 16, 2003, Mr. Smith went before the District Court, the Honorable David S. Doty presiding, for sentencing. Mr. Smith's total offense level was found to be 31, with a criminal history category of IV. (S.T. at 9-10.) The District Court found that this criminal history category overstated the seriousness of Mr. Smith's past criminal conduct, so the District Court departed downward to reflect a category III. Mr. Smith was sentenced at the bottom of the then-mandatory guideline range: 135 months. He is currently incarcerated at USP-Canaan, with an anticipated release date of February 13, 2012.

The U.S. Sentencing Commission's policy statement regarding the retroactive application of the new crack guidelines, U.S.S.G. § 1B1.10, establishes a procedure for resentencing defendants upon motion. In general, the new guidelines are to be applied, leaving all other guideline decisions unaffected from the original sentencing. *See* § 1B1.10(b)(1).

If the current guidelines had been in effect at the time of Mr. Smith's sentencing, his total offense level would have been reduced two levels from 31 to 29. With a criminal history category III, as determined by the District Court at the original sentencing, the corrected guideline range calls for 108-135 months' incarceration. As the mandatory minimum sentence for Mr. Smith's offense is ten years, Mr. Smith respectfully requests that this Court reduce his sentence to 120 months pursuant to § 3582(c)(2).

Respectfully submitted,

**ROBERT M. CHRISTENSEN, P.L.C.**

Dated: March 4, 2008

/s/ Robert M. Christensen
Robert M. Christensen, #21873X
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-333-1775
Fax: 612-341-0116