**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CR. NO. 02-128(1) (DSD/SRN)

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 4, 2008, I filed the following documents with the Clerk of Court by means of ECF:

1. Notice of Appearance; and
2. Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).

ECF will send an e-notice of the electronic filing to the following:

The Hon. David S. Doty; and
Jeffrey S. Paulsen, Assistant United States Attorney.

I further certify that I had a hard copy of the foregoing document(s) delivered by other means to The Hon. David S. Doty.

**ROBERT M. CHRISTENSEN, P.L.C.**

Dated: March 4, 2008

/s/ Robert M. Christensen_____

Robert M. Christensen, #21873X
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612.341.1775
Fax: 612.341.0116