UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-128(1) (DSD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RONRICO SMITH<br><br>Defendant. | RESPONSE OF THE UNITED STATES TO DEFENDANT SMITH'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

Defendant Mario Ronrico Smith has moved for a reduction of his 135-month sentence to the mandatory minimum of 120 months, based on the retroactive crack cocaine guideline amendment. Having reviewed the file and the March 16, 2008 letter from the probation officer, the United States is satisfied that Smith is eligible for the reduction. The only question is whether the Court should exercise its discretion not to reduce Smith's sentence in light of his poor record while in custody. See March 16, 2008 letter from Probation Officer.

While it is a close question in light of Smith's poor record while incarcerated, the government does not oppose Smith's motion for a reduction of his sentence to the 120-month mandatory minimum.[1]

---

[1]Although the amended guideline range is level 29/category IV = 121-151 months, the Court previously treated Smith as if he were in criminal history category III. Assuming the Court continues to treat Smith as being in category III, his amended guideline range would be level 29/category III = 108-135 months, with a 120-month mandatory minimum.

Dated: April 28, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Jeffrey S. Paulsen*

BY: JEFFREY S. PAULSEN
Assistant United States Attorney
Attorney ID Number 144332